UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
DIAZ :
:
             Plaintiff(s),    :    07 Civ. 4856 (LMM)
                              :
       - against -            :    CASE MANAGEMENT PLAN
                              :    AND SCHEDULING ORDER
INSURANCE CO. OF STATE OF     :
PENNSYLVANIA                  :    USDC SDNY
             Defendant(s).    :    DOCUMENT
                              :    ELECTRONICALLY FILED
------------------------------x    DOC #: _____
                                   DATE FILED: 7/25/07

McKENNA, D.J.

   1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

   2. ___ Complex   ___ Standard   ___ Expedited

   3. Initial document production to be completed by _____.

   4. Party depositions to be completed by _____.

   5. Third party depositions to be completed by _____.

   6. Parties and counsel to meet to discuss settlement by _____.

   7. Experts' reports to be served by _____.

   8. Experts' depositions to be completed by _____.

   9. All discovery to be completed by _____.

   10. Next pretrial conference 9/24/07 at 2:00 P.M.

   11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

   12. Other directions:

Dated:   New York, New York
         7/24/07

                                   SO ORDERED.

                                   _____
                                   LAWRENCE M. McKENNA
                                   U.S.D.J.