McKenna, J.
11-13-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLINA DIAZ,

                Plaintiff,

-against-

INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA,

                Defendants.
-----------------------------------------------------------X

ORDER
STIPULATION OF
DISCONTINUANCE

07 Civ. 4856 (LMM)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records and the insurance company for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Bronx, New York
           October 22, 2007

Monfort, Healy, McGuire & Salley

By: _____
Attorney for Defendant
1140 Franklin Avenue
Garden City, New York 11530

LESCH & LESCH, P.C.

By: _____
Attorney for Plaintiff
860 Grand Concourse, Suite 2M
Bronx, New York 10451

So Ordered: _____
Hon. Lawrence M. McKenna, USDJ
11-13-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07